**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

**AFFIDAVIT OF SERVICE**



*2731651*

Index no :7:19-CV-02775-VB

| Plaintiff(s): | WILMINGTON PT CORP., |
|---|---|
| Defendant(s): | SEIDOU MOLUH, ET AL |

STATE OF NEW YORK
COUNTY OF SUFFOLK     ss.:

**CARLOS VALDERRAMA**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the STATE OF NEW YORK.

On 04/10/2019 at 10:51 AM, I served the within **SUMMONS IN A CIVIL ACTION AND VERIFIED COMPLAINT; CERTIFICATE OF MERIT; ELECTRONIC CASE FILING RULES & INSTRUCTIONS; JUDGE'S RULES; 1320 NOTICE; 1303 NOTICE**-Help for Homeowners in Foreclosure in bold fourteen-point type and printed on colored paper, that is other than the color of the summons in a civil action and verified complaint, and the title of the notice printed in bold twenty-point type in compliance with RPAPL Sect 1303. Bearing Index Number 7:19-CV-02775-VB and date of filing of 03/28/2019 on **SEIDOU MOLUH** at **1174 FOREST AVENUE, BRONX, NY 10456** in the manner indicated below:

**SUITABLE AGE:** By delivering a true copy of said documents to **JOHN SMITH (NAME REFUSED), CO-OCCUPANT**, a person of suitable age and discretion. Said premises is **defendant's** place of residence within the state.

On 4/17/19 deponent enclosed a copy of above mentioned documents to **SEIDOU MOLUH** at said **defendant's** Place of Residence, at 1174 FOREST AVENUE, BRONX, NY 10456 in a 1st Class postpaid properly addressed envelope not indicating that the mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office.

Comments: **THREE STORY WHITE SIDED RESIDENCE, WHITE DOOR**

A description of the **defendant**, or other person served on behalf of the **defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age aprx | Height aprx | Weight aprx |
|---|---|---|---|---|---|
| Male | Black | Black | 28 | 6ft-6ft3in | 150-174 lbs |
| Other Features: | | | | | |

Your deponent asked the above mentioned recipient whether the **defendant** was active in the military service and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, **defendant** is not active in the military service.

Sworn to and subscribed before me on 4/17/19

_[signature]_
Notary Public,

THERESE M. BRENNAN
Notary Public, State of New York
No. 01BR5078017
Qualified in Suffolk County
Commission Expires May 19, 2019

X _[signature]_
CARLOS VALDERRAMA
License#: 2034490
Alstate Process Service Inc.
60 Burt Drive
Deer Park, NY 11729
631/667-1800

THE MARGOLIN & WEINREB LAW GROUP, LLP
165 EILEEN WAY, SUITE 101
SYOSSET, NY 11791
516-921-3838

Atty File#: 1174 FOREST AVE

*2731651*



**UNITED STATES POSTAL SERVICE.**   **Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

**FROM:**

ALSTATE

60 BURT DRIVE

DEER PARK, NY 11729

**TO:**                                           CV

SEIDOU MOLUH,

1174 FOREST AVENUE,

BRONX, NY 10456





*2731651*

## Affidavit of Service by Mail
**PURSUANT TO CPLR 3215**

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WILMINGTON PT CORP., <br><br> -against- <br><br> SEIDOU MOLUH, ET AL | Att File: 1174 FOREST AVE <br> Internal Id: 2731651 <br> Index: 7:19-CV-02775-VB <br> S & C Filed: 03/28/2019 |

**State of New York**
**County of Suffolk       ss.:**

**CARLOS VALDERRAMA** being duly sworn, deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

That on 4/17/19   Deponent mailed a copy of the **SUMMONS and 1303 Notice** in this action on those defendants listed below by first class mail in an envelope bearing the legend "personal and confidential" and not indicating on the outside of the envelope that the communication is from an attorney or concerns an alleged debt.

Defendant(s):   SEIDOU MOLUH
                1174 FOREST AVENUE, BRONX, NY 10456

Said mailing(s) was made to the Defendant(s) place of residence.

The foregoing statements are true, under penalty of perjury.

Sworn to before me on : 4/17/19

_____        _____
                                                    CARLOS VALDERRAMA

THERESE M. BRENNAN
Notary Public, State of New York
No. 01BR5078017
Qualified in Suffolk County
Commission Expires May 19, 2019

Alstate Process Service Inc. - 60 Burt Drive Deer Park, NY 11729 - Tel: 631/667-1800 - Fax: 631/667-0302
THE MARGOLIN & WEINREB LAW GROUP, LLP - 165 EILEEN WAY, SUITE 101 SYOSSET, NY 11791 516-921-3838