UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILMINGTON PT CORP.,

                       Plaintiff,

       -v-

SEIDOU MOLUH,

                       Defendant.

19-CV-2775 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Due to a time conflict, the status conference previously scheduled for December 6, 2019, is hereby adjourned to December 17, 2019, at 11:45 a.m. in Courtroom 706 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

    SO ORDERED.

Dated: November 26, 2019
       New York, New York

                                               J. PAUL OETKEN
                                             United States District Judge