# THE MARGOLIN & WEINREB LAW GROUP, LLP

Attorneys at Law
165 Eileen Way, Suite 101
Syosset, New York 11791

ALAN WEINREB, ESQ.
C. LANCE MARGOLIN, ESQ.
CYNTHIA A. NIERER, ESQ.

(516) 921-3838
FAX (516) 921-3824
(516) 945-6055
www.nyfclaw.com

January 3, 2020

**VIA ECF ONLY**
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007
Courtroom: 228
Honorable J. Paul Oetken

    **RE**:     Wilmington PT Corp v. Moluh, *et al*.
    **Index No.:**     19-cv-02775-JPO

Judge J. Paul Oetken,

    We represent Plaintiff on the above-entitled matter. Pursuant to the Civil Case Management Plan and Scheduling Order any dispositive motions were to be made fourteen days at the close of discovery. The Parties have been in continuing discussions regarding settlement and are respectfully requesting an additional two (2) weeks to see if this matter can be settled by way of a loan modification. I have spoken with Defendant's Counsel and they consent to this application. We thank this Court for any courtesies that it may so provide.

> Granted.
> So ordered.
> January 3, 2020

*[signature]*
J. PAUL OETKEN
United States District Judge

Respectfully,

THE MARGOLIN & WEINREB LAW GROUP, LLP
*Attorneys for Plaintiff*

/s/ *Alan Smikun*
Alan Smikun, Esq.

cc:     <u>*VIA ECF ONLY*</u>
        Petroff Amshen LLP