# THE MARGOLIN & WEINREB LAW GROUP, LLP

Attorneys at Law
165 Eileen Way, Suite 101
Syosset, New York 11791

ALAN WEINREB, ESQ.
C. LANCE MARGOLIN, ESQ.
CYNTHIA A. NIERER, ESQ.

(516) 921-3838
FAX (516) 921-3824
(516) 945-6055
www.nyfclaw.com

January 17, 2020

**VIA ECF ONLY**
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007
Courtroom: 228
Honorable J. Paul Oetken

    **RE**:    Wilmington PT Corp v. Moluh, *et al.*
    **Index No.:**    19-cv-02775-JPO

Judge J. Paul Oetken,

    We represent Plaintiff on the above-entitled matter. On or about January 3, 2020, the Parties requested additional time to file their dispositive motions, which was subsequently granted on the same date. *See* ECF Docket No. 37. At this time the Parties cannot settle the instant matter. Plaintiff will be filing a Motion for Summary Judgment pursuant to Fed. R. Civ. P. Rule 56 and is respectfully requesting the following briefing schedule:

    Plaintiff to file its Motion for Summary Judgment on or before February 12, 2020;
    Defendant to file Opposition or Cross-Motion, if any, on or before March 11, 2020;
    Plaintiff to file a Reply and/or Opposition, if any, on or before March 25, 2020.

    The Parties will endeavor to continue in their settlement discussions, and if a settlement is reached, we will inform the Court of same. We thank this Court for its prompt attention to this matter.

> Granted. The parties shall follow the briefing schedule as set forth above.
> So ordered.
> January 21, 2020

Respectfully,

THE MARGOLIN & WEINREB LAW GROUP, LLP
*Attorneys for Plaintiff*

/s/ Alan Smikun

Alan Smikun, Esq.

_____
J. PAUL OETKEN
United States District Judge